IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

KIMBERLY SHEA THOMPSON,        )
                                                    )
         Plaintiff,                )
                                                    )
v.                                    )
                                                    )
CAROLYN W. COLVIN,           )
Acting Commissioner of Social Security,  )
                                         )  Civil Action No. 5:12-CV-195-C
         Defendant.        )  ECF

## ORDER

Plaintiff filed this action appealing an adverse decision of the Commissioner of Social

Security, pursuant to 42 U.S.C. § 405(g). A United States Magistrate Judge filed a Report and

Recommendation on March 21, 2013, in which the recommendation was made for dismissal of

the action pursuant to Plaintiff's pending Motion to Dismiss.[1] No party filed any objections to

the Report and Recommendation.

It is, therefore, ORDERED that the Magistrate Judge's Report and Recommendation is

ADOPTED by the Court, and Plaintiff's Motion to Dismiss is GRANTED. Plaintiff's Complaint

is DISMISSED WITH PREJUDICE.

Dated this __14th__ day of May, 2013.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE

_____

[1]Plaintiff indicates in the Motion to Dismiss that she no longer desires to prosecute her
claim.